Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone:    212.643.0500
mreese@reesellp.com

*Counsel for Plaintiffs*

Brett N. Taylor
**COZEN O'CONNOR**
601 S. Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone:  213.892.7925
btaylor@cozen.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHA ARORA, RANDY CLINTON, and WALTER JOHNSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CORPORATION,<br><br>Defendants. | Case No.: 3:19-cv-02414-LB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO ADJOURN JUNE 30, 2022 CASE MANAGEMENT CONFERENCE** |

Plaintiffs Richa Arora, Randy Clinton, and Walter Johnson (collectively, "Plaintiffs"), and defendant General Nutrition Corporation ("Defendant" or "GNC") (collectively, the "Parties") hereby provide notice that they have reached a settlement in principle.  The Parties are finalizing the settlement papers and will file a notice of dismissal pursuant to Federal Civil Procedure Rule 41 soon. Accordingly, the Parties respectfully request that the June 30, 2022 case management conference be adjourned.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: June 23, 2022 | | **REESE LLP** |
|   | By: | */s/ Michael R. Reese* <br> Michael R. Reese |
|   |   | *Counsel for Plaintiffs* |
| Dated:  June 23, 2022 | | **COZEN O'CONNOR** |
|   | By: | */s/ Brett N. Taylor* <br> Brett N. Taylor |
|   |   | *Counsel for Defendant* |

Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I, Michael R. Reese, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: June 23, 2022                             **REESE LLP**

                                                 By:  */s/ Michael R. Reese*
                                                      Michael R. Reese

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be automatically served by the CM/ECF system.

Dated:  June 23, 2022                                         **REESE LLP**

                                                              By: */s/ Michael R. Reese*
                                                                      Michael R. Reese