Brett N. Taylor (SBN 274400)
btaylor@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA  90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Defendant General Nutrition Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHA ARORA, RANDY CLINTON, and WALTER JOHNSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CORPORATION and DOES 1-100,<br><br>Defendants. | Case No.: 3:19-cv-02414-LB<br><br>**NOTICE OF APPEARANCE OF COUNSEL BRETT N. TAYLOR AND SUBSTITUTION OF COUNSEL WITHIN LAW FIRM**<br><br>[L.R. 5-1 (c ) (2) (A-B)] |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel, pursuant to Local Rule 5-1 (c )(2)(A-B), gives notice that Brett N. Taylor of Cozen O'Connor substitutes in for Andrew M. Hutchinson as counsel of record for Defendant General Nutrition Corporation ("GNC").  GNC currently is represented by Cozen O'Connor.

Dated:  June 30, 2022          COZEN O'CONNOR

By:     /s/ Brett N. Taylor
        Brett N. Taylor
        Attorneys for Defendant
        GENERAL NUTRITION CORPORATION

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Cozen O'Connor, 601 South Figueroa Street, Suite 3700, Los Angeles, CA  90017.

On June 30, 2022, I served the following documents: **NOTICE OF APPEARANCE OF COUNSEL BRETT N. TAYLOR AND SUBSTITUTION OF COUNSEL WITHIN LAW FIRM** on the interested parties in this action addressed as follows:

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4709
*lking@kaplanfox.com*

Michael R. Reese (SBN 206773)
Sue J. Nam (SBN 206729)
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone:  (212) 643-0500
Facsimile:  (212) 253-4272
*mreese@reesellp.com*
*snam@reesellp.com*

George V. Granade (SBN 316050)
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Telephone:  (310) 939-0070
Facsimile:  (212) 253-4272
Email: *ggranade@reesellp.com*

*Counsel for Plaintiffs Richa Arora, Randy Clinton,*
*and Walter Johnston and the Proposed Class*

**XX (BY CM/ECF ELECTRONIC FILING)** I hereby certify that I have electronically filed the document(s) listed above with the Clerk of this Court using the CM/ECF system, which will automatically send an email notification to all

1    participants in the case who are registered CM/ECF users.

2         I declare under penalty of perjury under the laws of the United States of

3    America that the above is true and correct.

4         Executed on June 30, 2022, Los Angeles, California

5

6                              */s/ Alma Rincon*
                              ALMA RINCON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3
     NOTICE OF APPEARANCE OF COUNSEL BRETT N. TAYLOR AND SUBSTITUTION OF
                         COUNSEL WITHIN LAW FIRM