1  Michael R. Reese (SBN 206773)
   **REESE LLP**
2  100 West 93rd Street, 16th Floor
   New York, New York 10025
3  Telephone: (212) 643-0500
   *mreese@reesellp.com*
4
   Laurence D. King (SBN 206423)
5  **KAPLAN KILSHEIMER & FOX LLP**
   1999 Harrison Street, Suite 1560
6  Oakland, California 94612
   Telephone: (415) 772-4700
7  *lking@kaplanfox.com*

8  *Counsel for Plaintiffs Richa Arora, Randy Clinton,
   and Walter Johnston*
9
   Brett N. Taylor (SBN 274400)
10 **COZEN O'CONNOR**
   601 S. Figueroa Street, Suite 3700
11 Los Angeles, California 90017
   Telephone:  (213) 892-7925
12 *btaylor@cozen.com*

13 *Counsel for Defendant General Nutrition Corporation*

14

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18 | RICHA ARORA, RANDY CLINTON, *and* WALTER JOHNSTON, *individually and on behalf of all others similarly situated*, | Case No. 3:19-cv-02414-LB |
   |---|---|
19 | | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)** |
20 | Plaintiffs, | |
21 | v. | |
22 | GNC HOLDINGS, INC., | |
23 | Defendant. | |

24

25

26

27

28

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiffs Richa Arora, Randy Clinton, and Walter Johnston (collectively, "Plaintiffs") and defendant General Nutrition Corporation ("Defendant"), having reached an agreement to settle the above-captioned litigation on a non-class basis, hereby stipulate to dismissal with prejudice of Plaintiffs' claims and the above-captioned action pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(ii).

**SO STIPULATED BY THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL.**

**REESE LLP**

DATED: September 29, 2022      By: */s/ Michael R. Reese*
　　　　　　　　　　　　　　　　　　　Michael R. Reese

100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
mreese@reesellp.com

**KAPLAN KILSHEIMER & FOX LLP**

DATED: September 29, 2022      By: */s/ Laurence D. King*
　　　　　　　　　　　　　　　　　　　Laurence D. King

1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
lking@kaplanfox.com

*Counsel for Plaintiffs Richa Arora, Randy Clinton, and Walter Johnston*

**COZEN O'CONNOR**

DATED: September 29, 2022      By: */s/ Brett N. Taylor*
　　　　　　　　　　　　　　　　　　　Brett N. Taylor

601 S. Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone:  213.892.7925
btaylor@cozen.com

*Counsel for Defendant General Nutrition Corporation*

## ATTESTATION

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2022, at Orinda, California.

/s/ *Laurence D. King*
Laurence D. King